IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>v.<br><br>HARVARD UNIVERSITY,<br><br>Respondent. | MBD NO. _______________ |

**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY ADMINISTRATIVE SUBPOENA SHOULD NOT BE ENFORCED**

Petitioner U.S. Equal Employment Opportunity Commission ("EEOC" or "Commission") hereby states as follows:

1. This is an action for enforcement of a subpoena, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9 ("Title VII").

2. Jurisdiction is conferred upon the Court by Section 706(f)(3), 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3. Applicant, Equal Employment Opportunity Commission ("EEOC"), is the federal agency charged with the administration, interpretation, and enforcement of Title VII, including, *inter alia,* the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent Harvard University ("Harvard" or "Respondent") is an employer doing business in the Commonwealth of Massachusetts.

5. The attached Declaration of Jeremy Crosbie, the Deputy Director of the EEOC's Houston District Office, provides the factual basis for this Application. See Exhibit 4. The District Director's Declaration and all supporting Exhibits are incorporated by reference in this Application.

6. The EEOC is presently conducting an investigation of potential unlawful employment practices by Respondent in violation of Title VII.

7. On April 25, 2025, then-Acting Chair Andrea Lucas filed a Commissioner's Charge, Charge No. 830-2025-00004, alleging that Respondent engaged in a pattern or practice of race and sex discrimination in violation of Title VII.

8. On June 8, 2026, pursuant to its authority under 29 U.S.C. § 161, incorporated in § 710 of Title VII, 42 U.S.C. § 2000e-9, EEOC issued and served upon Respondent a subpoena for documents, No. HU-A26-02, requiring Respondent to produce relevant information needed as part of EEOC's investigation of a charge of unlawful employment discrimination, Charge No. 830-2025-00004, filed against Respondent.

9. On June 18, 2026, Respondent filed with EEOC a Petition to Revoke the Subpoena. On September 9, 2026, EEOC served upon Respondent a Determination denying Respondent's Petition to Revoke the Subpoena[1] and providing Respondent seven (7) days to comply.

10. As of the date of this filing, Respondent has failed to fully comply with Subpoena.

11. Respondent's failure to comply with the Subpoena has frustrated the EEOC's efforts to fulfill its duty to investigate charges of discrimination. Respondent's noncompliance has delayed and hampered the investigation.

[1] The Determination is dated August 31, 2026. Following a dispute over whether Respondent was served electronically on or about that date, the EEOC and Respondent stipulated that Respondent was served no later than September 9.

12. The accompanying Memorandum in Support of Application for Order to Show Cause provides the legal support for this Application. The Memorandum is incorporated by reference into this Application and is filed herewith.

13. A Proposed Order is filed herewith.

**PRAYER FOR RELIEF**

As such, and for the reasons set forth in EEOC's Memorandum in Support of Application to Show Cause, filed herewith, EEOC respectfully requests:

(a) That the Court issue an ORDER directing Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing Respondent to comply with the EEOC Subpoena;

(b) That, upon return of the Order to Show Cause, an Order issue directing Respondent to comply with the Subpoena; and

(c) That EEOC be granted its costs and such further relief as may be necessary and appropriate.

Dated: September 28, 2026

Respectfully submitted,

**Christopher Lage**
Deputy General Counsel

*/s/ Rudy Sustaita*
**Rudy L. Sustaita (Tx Bar No. 19523560)**
Regional Attorney
rudy.sustaita@eeoc.gov | (346) 327-7691
1919 Smith St., 6th Floor
Houston, Texas 77002

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION