**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Houston District Office**

Mickey Leland Building
1919 Smith Street, 6th Floor
Houston, TX 77002
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Houston Direct Dial: (346) 327-7700
FAX (713) 651-4902
Website: www.eeoc.gov

June 8, 2026

Jennifer O'Connor
General Counsel
President and Fellows of Harvard College
Smith Campus Center, Ste. 980
1350 Massachusetts Ave.
Cambridge, MA 02138

Dear Ms. O'Connor:

This letter accompanies Subpoena No. HU-A26-02 that is now served upon you as part of the EEOC's investigation into the charge.

Upload your complete Subpoena responses by request number onto the EEOC's Respondent Portal at https://arc.eeoc.gov/rsp/login.jsf as instructed in the attached documents. The production deadline is no later than 14 calendar days from receipt.

Feel free to contact me at 346-327-7694 or at Stephen.damiani@eeoc.gov if you have any questions or concerns.

Sincerely,

Stephen Damiani
Digitally signed by Stephen Damiani
Date: 2026.06.08 15:18:16 -05'00'

Stephen Damiani
Lead Investigator

**EXHIBIT 1**

EEOC Form 136
(07/2024)

# UNITED STATES OF AMERICA
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# SUBPOENA

TO: Jennifer O'Connor, General Counsel, President and Fellows of Harvard College, Smith Campus Center, Suite 980, 1350 Massachusetts Ave., Cambridge, MA 02138.
CC. Peter Wozniak, King and Spalding, by e-mail: pwozniak@kslaw.com.

NO. HU-A26-02

IN THE MATTER OF: Hon. Andrea R Lucas vs Harvard University

Charge No. 830-2025-00004

Having failed to comply with previous request(s) made by or on behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

☐ Testify before: ☐ Produce and bring * or ☒ E-Mail * the documents described below

☐ to: Produce access to the evidence described below for the purpose of examination or copying to:

Email the documents described below to: Stephen Damiani of the Equal Employment Opportunity Commission

at STEPHEN.DAMIANI@EEOC.GOV 14 calendar days from receipt

The evidence required is:

All responsive documents to the attached Exhibit A.

If Respondent refuses to produce any document on the basis of privilege, please identify the document by author, recipient, date, page length, the form of the document, the applicable privilege, and the request to which the document responds.

This subpoena is issued pursuant to ☒(Title VII) 42 U.S.C. 2000e-9 ☐(ADEA) 29 U.S.C. 626(a) ☐(EPA) 29 U.S.C.209 ☐(ADA) 42 U.S.C. 12117(a) ☐(GINA) 42 U.S.C. 2000ff-6 ☐(PWFA) 42 U.S.C. § 2000gg-2(a)(1)

ISSUING OFFICIAL (Typed name, title and address)

Jeremy Crosbie, Deputy District Director,
EEOC, 1919 Smith Street, 7th Floor
Houston, TX 77002

ON BEHALF OF THE COMMISSION

JEREMY CROSBIE

Digitally signed by JEREMY CROSBIE
Date: 2026.06.08 14:37:23 -05'00'

Date

*NOTICE TO PERSON SUBPOENAED - The Commission will not pay witness fees or travel expenses for the delivery of required documents to a Commission office unless the box "Testify before" is also checked on the subpoena.

# SUBPOENA
## PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

in person

☒ by certified mail

☐ by leaving a copy with a responsible person, at the principal office or place of business, to wit:

Name ________________

Position ________________

Address ________________

On June 8, 2026

*(Mo, day & year)*

Samantha Salazar

*(Signature of person making service)*

________________

*(Official title, if any)*

State Texas

Parish/ County Harris

CERTIFICATION OF ATTENDANCE

I certify that the person named herein was in attendance and satisfactorily produced the records requested or gave oral testimony at

________________

On ________________

*(Mo, day & year)*

________________

*(Signature of person making service)*

________________

*(Official title, if any)*

## EXHIBIT A

As used herein, the terms "**applicant**" or "**applicants**" mean all individuals who expressed interest in, applied for, or were considered for employment with Respondent—whether formally or informally—by submitting applications, resumes, letters, or emails of interest, or by otherwise being evaluated for a posted or unposted position.

As used herein, the term "**Charge**" means the Commissioner's Charge issued on April 25, 2025, against Harvard University, noticed as EEOC Charge No. 830-2025-00004.

As used herein, the terms "**communication**" or "**communications**" mean any disclosure, transfer, exchange, or transmittal of information or opinion, however made. The various types of relevant "communications" include written, oral, and electronic statements made in emails, telephonic records, such as call logs, voice mails, and text messages, instant messages, and workplace chat messages made through office collaboration platforms such as MS Teams, Zoom, Slack, Discord, etc.

As used herein, the terms "**document**" or "**documents**" mean any printed, typed, written, or otherwise recorded matter of whatever character, including, but not limited to, drafts, letters, copies, memoranda, telegrams, notes, catalogues, brochures, diaries, reports, summaries, minutes, agreements, publications, contracts, telexes, facsimile transmissions, applications, court papers, corporate or business records or forms, telephone logs, calendars, interoffice communications, e-mail, electronically stored or produced data, statements, announcements, photographs, tape recordings, motion pictures and any carbon or photographic copies of such material if you do not have custody or control of the original.

As used herein, the term "**faculty**" means both tenured and tenure-track faculty, non-tenure track, clinical, research, adjunct/part-time, visiting, instructional, and post-doctorate positions.

As used herein, the term "**interview notes**" means any handwritten, typed, or electronically recorded notes, summaries, outlines, or observations created by an employee, agent, or representative of Respondent in connection with an interview, intake conversation, or discussion with any applicant or job candidate. This includes, without limitation, notes made during or after the interview; annotated forms; summaries uploaded to database systems; or handwritten notes made on applications, CVs or resumes.

As used herein, the **"relevant time period"** or **"relevant period"** is from January 1, 2018, through the present, meaning up to and including the date of service of this subpoena.

1. Produce complete, unredacted copies of all documents related to the establishment of the Office for Faculty Development and Diversity. Such documents should include, but are not limited to, documents describing their purpose.

2. Produce complete, unredacted copies of all documents related to the establishment of the Presidential Task Force on Inclusion and Belonging. Such documents should include, but are not limited to, documents describing their purpose.

3. Produce complete, unredacted copies of all agendas and minutes of meetings held by the Presidential Task Force on Inclusion and Belonging during the relevant time period.

4. Produce a complete, unredacted copy of all documents relating to, reflecting, referring to, describing, or evidencing any hiring committee guidance in place during the relevant period, including, without limitation, Respondent's Faculty Hiring Guide.

5. Produce a complete, unredacted copy of all job descriptions, performance plans, and performance reviews generated for the following individuals during the relevant period:
    a. Sherri Ann Charleston, Chief Diversity Officer;
    b. Teresa Malonzo, Director of Affirmative Action and Diversity Analytics/Senior Operations Lead;
    c. Alexis J. Stokes, Associate Chief Diversity and Inclusion Officer.

6. Produce a complete, unredacted copy of all documents reflecting or describing performance metrics, including, without limitation, job descriptions, performance plans, performance evaluations (to include blank forms), and job postings, for the following positions during the relevant period:
    a. Chief Diversity Officer;
    b. Director of Affirmative Action and Diversity Analytics/Senior Operations Lead;
    c. Associate Chief Diversity and Inclusion Officer.

7. Produce a complete, unredacted copy of all cover letters, Curriculum Vitas ("CVs"), and resumes for all applicants—whether internal or external applicants—to any faculty position during the relevant period.

8. For each individual identified in response to No. 7 above, produce a complete, unredacted copy of all interview notes.

9. For each individual identified in response to No. 7 above, in separate, searchable Excel spreadsheets by school, provide the following respective sets of data:
    a. Name of Applicant;
    b. Beginning Bates Stamp Number for each individual;
    c. Sex;
    d. Race;
    e. Position applied;
    f. Whether the application resulted in a hire, promotion, or non-hire;
    g. Date of hire, promotion or rejection for position;
    h. Name and title of decisionmaker(s) of employment decision.

10. Produce all internal and external discrimination complaints, charges, and/or grievances—whether formal or informal—by any of Respondent's faculty or faculty applicants made during the relevant period alleging exclusion from any employment, professional development, mentoring, or training opportunity based on the following grounds:
    a. Race, where the complainant identifies as "white";
    b. Race, where the complainant identifies as "Asian";

c. Sex, where the complainant is male; and/or
d. Sexual orientation, where the complainant is straight.

11. For each complaint produced in response to No. 10 above, produce all witness statements, investigation reports (including drafts), outcomes, and all communication relating to or associated with the complaint and its resolution.

12. For each school and for each year within the relevant time period, produce documents which reveal the identity(s) of the person(s) most knowledgeable regarding faculty diversification efforts, including without limitation all individuals with functions involving diversity, equity, inclusion, and/or affirmative action.