**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C.**

Office of the Chair
Andrea R. Lucas, Acting Chair

**COMMISSIONER'S CHARGE**

Pursuant to authority contained in Title VII of the Civil Rights Act of 1964, as amended (Title VII), I issue this Commissioner's Charge against the following employer:

Harvard University
Massachusetts Hall
Cambridge, MA 02138

This Charge covers all entities managed by, affiliated with, related, or operating jointly with or successors to the charged Respondent, including but not limited to:

Harvard College
University Hall
Cambridge, MA 02138

Harvard Medical School
25 Shattuck Street
Gordon Hall, Suite 206
Boston, Massachusetts 02115

Harvard Kenneth C. Griffin Graduate School of Arts and Sciences
Richard A. and Susan F. Smith Campus Center
1350 Massachusetts Avenue, Suite 350
Cambridge, MA 02138

Harvard T.H. Chan School of Public Health
677 Huntington Avenue
Boston, MA 02115

Dana-Farber/Harvard Cancer Center
450 Brookline Avenue
LC-3311
Boston, MA 02215

Brigham and Women's Hospital
75 Francis Street
Boston, MA 02115

Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114

I believe this employer and its affiliates are within the jurisdiction of the U.S. Equal Employment Opportunity Commission. I further believe that since at least 2018 and continuing thereafter, Harvard may

**EXHIBIT 2**

have violated and may be continuing to violate Title VII by engaging in a pattern or practice of disparate treatment against white, Asian, male, or straight employees, applicants, and training program participants in hiring, promotion (including but not limited to tenure decisions), compensation, and separation decisions; internship programs; and mentoring, leadership development, and other career development programs. 42 U.S.C. § 2000e-2(a)(1), (a)(2), (d). The unlawful conduct in question may include, but is not limited to:

**A. Disparate Treatment Related to Faculty, Including Hiring and Promotion**

With respect to disparate treatment based on race or sex involving Harvard faculty, I believe Harvard may have taken such unlawful action in an effort to achieve, in Harvard's own words, "demographic diversification of the faculty" within a "framework for faculty hiring that recognize[d Harvard's] goals when authorizing faculty searches, conducting the searches themselves, and reviewing search committee recommendations." This focus on "issues of recruitment, development, and promotion" was in pursuit of "progress in diversifying" Harvard faculty.

In public documents now deleted from Harvard's website but still publicly available on web archives, Harvard admitted that in a span of ten years, it went from 59% of "all ladder faculty" being white men to 49%, comparing that decrease in white men to an increase in the "total women, nonbinary, and faculty of color" (i.e., all faculty other than white men) from 41% in 2013 to 51% in 2023. To make the point in stark contrast, in its 2023 annual report on Faculty Development and Diversity, Harvard showed shifting faculty demographics over time in the following graph, broken out by "tenured" and "tenure-track":



Harvard touted its success in changing its faculty demographics, noting in 2023 that its numbers of women and "people of color" tenured was up 24% and 33% over ten years, with the percentage of each group tenured since 2022 (just one year) at 46%. The numbers were even higher for tenure-track faculty hiring, as shown in the graph below. White men made up 56% of tenured faculty, but only 32% of tenure-track faculty.




Based on Harvard's 2024 annual report on Faculty Development & Diversity, available on Harvard's public website as of March 23, 2025 (now deleted but publicly available on web archives), there is reason to believe that these trends and the underlying pattern or practice of discrimination based on race and sex have continued in 2024 and are ongoing. For example:

## University-Wide Data

| Demographic | Tenured | Tenure-Track | All Ladder Faculty |
|---|---|---|---|
| Total Faculty | 1067 | 416 | 1483 |
| Women, Nonbinary, and Faculty of Color | 45% (480) | 68% (284) | 52% (764) |
| Women Faculty | 30% (316) | 45% (189) | 34% (505) |
| Faculty of Color | 23% (246) | 41% (171) | 28% (417) |

| Demographic | Tenured | Tenure-Track | All Ladder Faculty |
|---|---|---|---|
| White Women | 22% (233) | 27% (112) | 23% (345) |
| Women of Color | 8% (83) | 19% (77) | 11% (160) |
| White Nonbinary | 0.1% (1) | 0.2% (1) | 0.1% (2) |
| Men of Color | 15% (163) | 23% (94) | 17% (257) |
| White Men | 55% (587) | 32% (132) | 48% (719) |

**B. Disparate Treatment Related to Student Employees and Training Program Participants**

Harvard's pattern or practice of discrimination also extends beyond faculty to multiple programs involving student employees and training program participants. This includes but is not limited to:

1. Disparate treatment by Harvard and its affiliates in hiring and training program admission against white, Asian, male, and straight applicants and training program participants may include, but is not limited to:

   a. Harvard Medical School's **Harvard Catalyst Program for Diversity Inclusion Faculty Fellowship Program** and **Office for Diversity Inclusion and Community Partnership Faculty Fellowship Programs** (two-year, paid fellowship programs for junior faculty that "enables fellows to pursue activities that enhance their development as researchers and clinicians/teachers, leads to their advancement within the Harvard system, and promotes diversity within the HMS community")

   b. Harvard College's **Mellon Mays Undergraduate Fellowship Program (MMUF)** (a paid two-year fellowship program for undergraduate students that is "committed to supporting a diverse professoriate and to amplifying voices, perspectives, and contributions that have been marginalized within the scholarly record and that further the realization of a more socially just world" and for which "[a]pplications are particularly encouraged from students of color, students from marginalized backgrounds, students with demonstrated commitment to furthering the goal of a diverse academy")

   c. Harvard Kenneth C. Griffin Graduate School of Arts and Sciences' (GSAS's) **Summer Research Opportunities at Harvard (SROH)** paid internship program operated jointly by the Harvard Griffin GSAS and the Summer Research - Early Identification Program of The Leadership Alliance (an organization focused on "recruiting, mentoring, and training talented students from historically underrepresented groups")

   d. Harvard Griffin GSAS's **Research Scholar Initiative** (a mentored research and training post-baccalaureate program for "students from groups underrepresented in the academy" that includes paid employment as a research assistant and specialized mentoring and training)

   e. Dana-Farber/Harvard Cancer Center's **Continuing Umbrella of Research Experiences (CURE)** program (a paid, full-time summer internship program for "Massachusetts high school and undergraduate students from underrepresented minority populations" and part of the DF/HCC's Initiative to Eliminate Cancer Disparities, focused on, among other things, "development of increase faculty and trainee diversity")

   f. Harvard Medical School's **Summer Training in Academic Research and Scholarship Program (STARS Program)** jointly operated by Harvard Medical School and Brigham and Women's Hospital (a paid full-time, summer internship and training program for "underrepresented minority (URM) undergraduate and first-year medical students")

   g. Harvard affiliate Massachusetts General Hospital's **Summer Research Trainee Program (SRTP)** (a paid summer program to "provide underrepresented minority

students with an overview of opportunities available in biomedical research and clinical medicine")

h. Harvard T.H. Chan School of Public Health's **Research Intensive Summer Program in Epidemiology (RISE, now titled Summer Program in Epidemiology)** (a paid summer internship and training program that "recruits undergraduates belonging to underrepresented groups for graduate-level training")

i. Harvard Medical School's **Summer Honors Undergraduate Research Program (SHURP)** (a paid summer research internship and training program, jointly operated with The Leadership Alliance and which is "primarily for college students belonging to groups that are underrepresented in the sciences")

j. Harvard Medical School's **Biological Chemistry and Molecular Pharmacology (BCMP) Summer Scholars Program** (paid summer internship connected to Harvard Medical School's Summer Honors Undergraduate Research Program (SHURP), jointly operated with The Leadership Alliance and which is "primarily for college students belonging to groups that are underrepresented in the sciences")

k. Harvard Medical School's Harvard/MIT **Equitable Access to Research Training MD-PhD Summer Program (HEART)** (a paid research internship and training program that is part of Harvard Medical School's Summer Honors Undergraduate Research Program (SHURP), jointly operated with The Leadership Alliance and which is "primarily for college students belonging to groups that are underrepresented in the sciences")

l. Harvard College's **Harvard-Amgen Scholars Program** (a paid summer internship for which "undergraduates interested in pursuing a bioscience PhD or the MD/PhD are eligible to apply, especially those from underrepresented and diverse backgrounds")

m. Harvard Griffin GSAS's **Diversity and Inclusion Fellow** program.

2. Disparate treatment in hiring and training program admission against non-black applicants and training program participants may include, but is not limited to Harvard College's **Du Bois Scholars Program** (a paid summer research internship for "for scholars from select R2 and research-focused historically Black colleges and universities").

3. Disparate treatment in hiring and training program admission against non-Native American applicants and training program participants may include, but is not limited to Harvard Medical School and its affiliate hospital Brigham and Women's Hospital's **Four Directions Summer Research Program (FDSRP)** (a paid summer research internship and training program "for talented Native American undergraduates").

***

The above allegations are based on publicly available information regarding Harvard, including, but not limited to, documents and information published on Harvard and its affiliates' public webpages (including archived pages); public statements by Harvard and its leadership; and news reporting.

The aggrieved individuals include all employees, former employees, prospective employees, and current and prospective training program applicants and participants who are white, Asian, male, non-black,

non-Native American, or straight and who have been, continue to be, or may be in the future adversely affected by the unlawful employment practices complained of herein.

I, Andrea R. Lucas, Acting Chair of the Equal Employment Opportunity Commission, declare under penalty of perjury that I have cause to believe the foregoing is, to the best of my knowledge and belief, true and correct.

Executed on this 25th day of April 2025.

Andrea R. Lucas, Acting Chair
U.S. Equal Employment Opportunity
Commission