IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>v.<br><br>HARVARD UNIVERSITY,<br><br>Respondent. | MBD NO. _______________ |

**DECLARATION OF JEREMY CROSBIE**

Pursuant to 28 U.S.C. § 1746, I declare the following:

1. My name is Jeremy Crosbie. I am over the age of 21 years, and capable of making this Declaration. I am the Deputy District Director of the Houston District Office ("HDO") of the U.S. Equal Employment Opportunity Commission ("EEOC" or "Commission") and, in that role, I am responsible for the operations of the office, including the investigation of charges of employment discrimination. I have personal knowledge of the facts stated in this declaration and they are true and correct.

2. The Houston District Office is responsible for investigating charges that employers have engaged in employment practices made unlawful by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII").

3. Among the EEOC's investigative files in the Houston District Office is the charge file for Charge No. 830-2025-00004 ("Charge") against Harvard University ("Respondent"), filed on April 25, 2025, by Chair Andrea R. Lucas. Attached as Exhibit 2 is a true and correct copy of Charge No. 830-2025-00004.

4. The documents attached to this Declaration as Exhibits 1 through 3 are records that reflect information obtained and documents generated during and pertaining to the investigation of the above-referenced Charge, which is a regularly conducted activity of the EEOC. The documents have been compiled by the EEOC during the EEOC's investigation of the Charge. All documents attached as Exhibits to this Declaration are true and correct copies of the original documents created and/or compiled by the EEOC during the investigation, which they purport to represent, and which are contained in the investigative files maintained by the EEOC with regard to the Charge referenced below.

5. I make this Declaration in support of the Application to Show Cause Why Administrative Subpoena Should Not Be Enforced filed by the U.S. Equal Employment Opportunity Commission, regarding the Subpoena. I make this Declaration on the basis of my knowledge and review of the EEOC's investigative file for this Charge.

6. On April 25, 2025, Chair Andrea R. Lucas filed the Charge against Respondent alleging systemic race and sex discrimination by Respondent, since at earliest 2018 and continuing thereafter. (*See* Ex. 2).

7. The Charge alleges that Respondent engaged in a pattern or practice of discrimination of disparate treatment against white, Asian, male, or straight employees, applicants, and training program participants in hiring, promotion, compensation, and separation decisions, internship programs, and mentoring, leadership development, and other career development programs.

8. During its investigation the EEOC served four Requests for Information ("RFIs"). In response, Respondent produced some documents, withheld others, and asserted objections.

9. Respondent has consistently failed to meet deadlines and has instead unilaterally opted for a rolling production of documents that remains deficient.

10. After Respondent failed to provide the required evidence, the EEOC issued Subpoena No. HU-A26-002 seeking documents required for its investigation.

11. Respondent subsequently petitioned the EEOC to revoke or modify the subpoena. The Commission considered the arguments presented by Respondent but ultimately rejected those arguments in Determination issued on August 31, 2026.

12. The 21-day period with which to comply with the subpoena has now expired. Respondent has not complied.

I declare under penalty of perjury that the foregoing is true and correct.

JEREMY CROSBIE
Digitally signed by JEREMY CROSBIE
Date: 2026.09.28 12:32:36 -05'00'

Date: September 28, 2026

JEREMY CROSBIE
DEPUTY DISTRICT DIRECTOR,
HOUSTON DISTRICT OFFICE