IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>v.<br><br>HARVARD UNIVERSITY,<br><br>Respondent. | MBD NO. _______________ |

**ORDER TO ENFORCE ADMINISTRATIVE SUBPOENA**

The Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause why a certain administrative subpoena should not be enforced. On June 8, 2026, pursuant to its authority under 29 U.S.C. § 161, incorporated in § 710 of Title VII, 42 U.S.C. § 2000e-9, EEOC issued and served upon Respondent a subpoena for documents, No. HU-A26-02, requiring Respondent to produce relevant information needed as part of EEOC's investigation of a charge of unlawful employment discrimination, Charge No. 830-2025-00004, filed against Respondent. The Subpoena was served in the EEOC investigation of Charge No. 830-2025-00004 against Respondent, but Respondent failed – and has continued to fail – to comply with the Subpoena and the deadline to respond has passed.

The Commission having duly served the Subpoena upon Respondent, and Respondent having failed to fully comply within the period designated in the Subpoena, and for other good cause shown, it is hereby ORDERED that Respondent HARVARD UNIVERSITY appear before this Honorable Court on the _____ day of__________________, 2026 at ________ a.m./p.m., to be heard and show cause why an order of this Court should not be issued directing Respondent to

fully comply with the Subpoena on or before a date to be set by the Court; it is further ORDERED that the EEOC serve Respondent with a copy of this Order to Show Cause, along with the EEOC's Application and Memorandum in Support, on or before the _____ day of __________________, 2026, and file a proof of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure; and it is further ORDERED that Respondent file and serve its answer to the Application, if any, no later than the _____ day of _________________, 2026.

Done in Boston, Massachusetts, this _____ day of _______________, 2026.

_______________________________________________

**UNITED STATES DISTRICT JUDGE**