**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>*Applicant*,<br>v.<br>HARVARD UNIVERSITY,<br>*Respondent*. | Case No. 1:26-mc-91522-AK |

**RESPONDENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE**

Respondent President and Fellows of Harvard College respectfully requests that the Court extend the deadline for Respondent to respond to the Court's October 2, 2026 Order to Show Cause (Dkt. 3) by 14 days up to and including November 6, 2026. As support for this Motion, Respondent states as follows:

1. On October 2, 2026, the Court ordered Respondent to show cause why the EEOC's administrative subpoena should not be enforced. Dkt. 3. The Court directed Respondent to respond within 14 calendar days of service and scheduled a hearing for November 17, 2026. *Id.*

2. Respondent's response is currently due October 23, 2026. The underlying charge has been pending since April 2025, with substantial correspondence and exchanges between the parties since that time, including multiple pre-subpoena information requests from the EEOC and written responses and document productions from Harvard. A modest 14-day extension is warranted given that history and the number of issues presented by the Applicant's request to enforce the subpoena. The additional time will allow Respondent to prepare a response that will assist the Court in resolving those issues.

3. Counsel for Respondent conferred with counsel for Applicant, and Applicant does not oppose the requested relief.

WHEREFORE, for the reasons stated herein, Respondent respectfully requests that the Court extend Respondent's deadline to respond to the Order to Show Cause by 14 days, up to and including November 6, 2026.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Steven P. Lehotsky*

Steven P. Lehotsky (BBO # 655908)
LEHOTSKY COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lehotskycohn.com

Erin B. Edwards*
LEHOTSKY COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
erin@lehotskycohn.com

Robert K. Hur*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
T: (202) 737-0500
rhur@kslaw.com

Amanda A. Sonneborn*
Peter J. Wozniak*
Andrew R. Cockroft*
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
T: (312) 995-6333
asonneborn@kslaw.com
pwozniak@kslaw.com
acockroft@kslaw.com

Gina Merrill*
KING & SPALDING LLP
1290 6th Ave., 14th floor
New York, NY 10104
T: (212) 556-2100
gmerrill@kslaw.com

**Pro Hac Vice Applications Forthcoming*

**CERTIFICATE OF SERVICE**

Counsel for Respondent certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Respondent hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Steven P. Lehotsky*
Steven P. Lehotsky