**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>v.<br><br>HARVARD UNIVERSITY,<br><br>Respondent. | Case No. 1:26-mc-91522-AK |

**DECLARATION OF STEVEN P. LEHOTSKY**

I, Steven P. Lehotsky, declare as follows:

1. I am a partner at the law firm of Lehotsky Cohn LLP and represent the President and Fellows of Harvard College ("Harvard" or "Respondent") in this matter. I make this declaration in support of Respondent's Response to the Court's Order to Show Cause and Opposition to the EEOC's Application to Enforce Administrative Subpoena. I have personal knowledge of the contents of this declaration and could testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Josh Gruenbaum's April 3, 2025 email to Alan Garber and the attached April 3, 2025 letter from Josh Gruenbaum, Sean R. Keveney, and Thomas E. Wheeler to Alan Garber and Penny Pritzker. These documents bear Bates numbers HHSHarv_00000061-HHSHarv_00000063 and were produced by the Government as part of the administrative record in *President and Fellows of Harvard College v. U.S. Department of Health and Human Services*, No. 1:25-cv-11048-ADB (D. Mass.) (the "Funding Litigation"). Exhibit 1 reproduces these documents as publicly filed at ECF No. 224-

3, pages 370-372.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain dated April 2-3 and May 29, 2025, with an attached document "H working doc J_S_additions (2).docx." These documents bear Bates numbers HHSHarv_00005230-HHSHarv_00005235 and were produced by the Government as part of the administrative record in the Funding Litigation. Exhibit 2 reproduces these documents as publicly filed at ECF No. 224-5, pages 1-6.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the April 11, 2025 letter from Josh Gruenbaum, Sean R. Keveney, and Thomas E. Wheeler to Alan Garber and Penny Pritzker. This document bears Bates numbers HHSHarv_00000098-HHSHarv_00000102 and was produced by the Government as part of the joint administrative record in the Funding Litigation. Exhibit 3 reproduces this document as publicly filed at ECF No. 224-3, pages 397-401.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain dated April 11 and April 14, 2025, and the attached April 14, 2025 letter from William A. Burck and Robert K. Hur to Josh Gruenbaum, Sean R. Keveney, and Thomas E. Wheeler. These documents bear Bates numbers HHSHarv_00000103-HHSHarv_00000105 and were produced by the Government as part of the administrative record in the Funding Litigation. Exhibit 4 reproduces these documents as publicly filed at ECF No. 224-3, pages 402-404.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the April 14, 2025 Joint Task Force statement regarding Harvard University. This document bears Bates numbers GSAHarv_00000012-GSAHarv_00000013 and was produced by the Government as part of the administrative record in the Funding Litigation. Exhibit E reproduces this document as publicly filed at ECF No. 224, pages 91-92.

Executed this 6th day of November 2026, in West Newton, Massachusetts.

Steven P. Lehotsky