# Exhibit 2

# FW: Call // S Keveney, [redacted]

**From:** [redacted]
**To:**
**Date:** Thu, 29 May 2025 15:06:07 +0000
**Attachments:** H working doc J_S_additions (2).docx (3.45 MB)

---

**From:** Keveney, Sean (HHS/OGC)
**Sent:** Thursday, April 3, 2025 9:54 AM
**To:** [redacted]
**Subject:** RE: Call // S Keveney, [redacted]

-----Original Appointment-----
**From:** [redacted]
**Sent:** Wednesday, April 2, 2025 11:28 PM [redacted]
**To:** [redacted]; Keveney, Sean (HHS/OGC);
**Subject:** Call // S Keveney, [redacted]
**When:** Thursday, April 3, 2025 9:00 AM-9:30 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

---

**Microsoft Teams** Need help?

**Join the meeting now**

Meeting ID: 291 261 016 02
Passcode: dP3xd6Va

---

**Dial in by phone**
+1 470-440-7554,,872200087# United States, Atlanta
Find a local number
Phone conference ID: 872 200 087#

**Join on a video conferencing device**
Tenant key: teams@meet.kslaw.com
Video ID: 115 494 744 8
More info

For organizers: Meeting options | Reset dial-in PIN

Privacy and security

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

**Already Done by Harvard**

- Did not renew MOU with Birzeit University in West Bank.
- Faculty/Programs
  - Center for Middle Eastern Studies leadership dismissed.
  - Leadership of Religion and Public Life program at the Harvard Divinity School "departed suddenly" earlier this year.
  - Suspended Religion, Conflict, and Peace Initiative at HDS to "to rethink its focus and reimagine its future."
- Antisemitism lawsuit settlement implementation
  - Appoint an employee at its Office for Community Conduct to supervise and consult on antisemitism complaints.
  - Annual public report of Title VI violations and its response to those violations
  - IHRA definition + antisemitism trainings. Clarifying that Jewish and Israeli students are covered by existing policy.
  - Establish additional partnerships in Israel.
  - Investing additional resources
- Strengthened time, place, manner restrictions and enforcement.
  - Library demonstrations and classroom disruptions have been met with immediate consequences, including for involved faculty.
  - Librarian who removed photos of 10/7 hostages was immediately put on admin. leave and fired 2 days later.
  - Increased campus police patrols.
- Intellectual diversity.
  - FAS Dean Hoekstra told directors of FAS centers they would be required to meet with their divisional deans to explain how their programs are complying with recent guidance on intellectual diversity.
- Admissions
  - Promoting viewpoint diversity by requiring an admissions essay where applicants describe when they had a strong disagreement and how they resolved it in a tolerant manner.
  - Will return to requiring standardized test scores for admissions.
- Discipline
  - Overhauled fact-finding procedures for university disciplinary proceedings.
  - Faculty is voting this week on changes to disciplinary proceedings: only faculty trained to serve will be on disciplinary boards. There will be no appeals of disciplinary decisions short of expulsion.

CONFIDENTIAL

PRIVILEGED. DELIBERATIVE, PREDECISIONAL, ATTORNEY WORK PRODUCT

**Menu**

- Empower task forces/ensure reports are released. Should probably not be an ask, but we do want to have more info on why there hasn't been public movement since preliminary reports back in June '24.
- **Disciplinary reform and retrospective.**
  - Retrospective/review of discipline since 10/7. Address failures in holding rule violators accountable. Public reporting or reporting to TF.
  - Centralize discipline instead of many ad boards and faculty councils across the institution. Massively narrow scope.
    - Primacy of the presidency – appeals all end in the president's office.
  - Allow interim suspensions pending discipline or criminal proceedings when warranted.
  - Centralize complaint handling (fact finding procedures are already being standardized but not centralized).
  - Proactive enforcement, allow admin to initiate without requiring students to submit report first.
  - Zero tolerance for learning disruptions. Better enforcement of non-discrimination and anti-bullying policies.
  - More clarity on new rules – including IHRA (ensuring students understand the difference between criticism of Israel and antisemitism, and where that line may be crossed)
    - Where is it posted?
- **Student group accountability.**
  - Augmented Columbia accountability ask. Unrecognized groups must be held accountable, and recognized "cutout" groups must be treated the same as suspended/unrecognized organizations.
  - Protect the Harvard trademark. Unregistered groups like HOOP should not be using school trademarks.
- **Masking.** No masking for the purpose of concealing identity or intimidation. Masked students must wear ID at all times.
- **Governance reforms.**
  - Harvard Corporation/Board of Overseers.
    - End gatekeeping of Overseer candidates by Harvard Alumni Association
    - Promote viewpoint diversity (next slate should demonstrate this commitment).

CONFIDENTIAL

PRIVILEGED. DELIBERATIVE, PREDECISIONAL, ATTORNEY WORK PRODUCT

- Resolution/Exec Committee – subset of Corporation to negotiate, ensure implementation, and report on progress.
- * Further governance reforms/slim down *
- Faculty Council reforms or * abolition. *
    - Transparency
- A university-wide faculty senate does not currently exist but is something being planned and debated. Planning body held first meeting in December, very slow progress. Thoughts?

- **"Senior vice provost" oversight/review (install new leadership in problematic depts, same goals as CU) – CHOICE btwn this and receivership**
    - Center for Middle East Studies
    - **FXB (François-Xavier Bagnoud Center for Health and Human Rights).** FXB is undergoing an internal review/investigation.
        - As a result of the internal review, Harvard did not renew its MOU with Birzeit University this year, but Harvard should end that relationship in its entirety. <u>Commit to never renew.</u>
        - FXB continues to operate the Palestine Program for Health and Human Rights.
            - Its "Palestine Social Medicine Course" will not take place at Birzeit this year, but will likely take place in Jordan again.
    - FAS Department of Near Eastern Languages and Civilizations
    - FAS Ethnicity, Migration, Rights Program
    - FAS Jewish Studies
    - HDS Religion and Public Life Program *
        - End relationship with Dar al-Kalima University ("Decolonizing Power").
    - Carr Center for Human Rights

- **Reporting/collaborate with Feds on foreign funding, assets, etc.**
    - S117 FULL DISCLOSURE – formal, profs receiving foreign $, take appropriate action
    - DHS – report ALL students and faculty
    - Clery Act

- **Collaboration and cooperation with Boston/Cambridge PD.**

- **Elimination of all DEI**
    - Harvard Foundation for intercultural and race relations

- **Merit-based admissions reform – TOTAL compliance with SFFA**
    - **Comprehensive reforms.**
    - Provide clearer guidelines.
    - Commit to admissions study similar to Columbia, with public report.

CONFIDENTIAL

    - Title VI admissions investigation and report (contract w/ outside org. Peter*NC)
  - End prioritization of "activists" and DEI criteria.

- **Faculty and merit-based hiring reform**
  - **Accountability for faculty and staff involved in rule-breaking and promoting antisemitic encampments, etc.**
  - Tenure reform.
  - New hires (including tenure track) to promote viewpoint diversity and free exchange of ideas.
    - Commit to cluster hiring across the University (not just in one program/school).
  - Public change of stance on hiring priorities.
  - Adopt UChicago Shils report on hiring.
  - Clear guidelines on criteria for faculty hiring and tenure, with emphasis on intellectual diversity.
  - End prioritization of "activists" and DEI criteria.

- **"Legacy of antisemitism initiative"**

- **(Third-party) Monitoring and Financial Accountability**
  - ***Senior secured 1st Lien on all Harvard assets which will serve as collateral to pay back government from Harvard in event of non-compliance in the future***

- Minimum 15 years of acceptable leadership experience to become President / head of the university

CONFIDENTIAL