# Exhibit 5

An official website of the United States government

GSA U.S. General Services Administration

April 14, 2025

# Joint Task Force statement regarding Harvard University

Today, the Task Force to Combat Anti-Semitism released the following statement:

Glossary

Harvard's statement today reinforces the troubling entitlement mindset that is endemic in our nation's most prestigious universities and colleges – that federal investment does not come with the responsibility to uphold civil rights laws.

The disruption of learning that has plagued campuses in recent years is unacceptable. The harassment of Jewish students is intolerable. It is time for elite universities to take the problem seriously and commit to meaningful change if they wish to continue receiving taxpayer support.

The Joint Task Force to combat anti-Semitism is announcing a freeze on $2.2 billion in multi-year grants and $60M in multi-year contract value to Harvard University.

**Contact**

press@gsa.gov

Last updated: Apr 14, 2025

GSAHarv_00000013